

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2021

No. 04-19-00871-CR

Charles W. **EADEN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR4480
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

On June 2, 2021, we withdrew the submission date of this appeal to allow Appellant to file a pro se brief. On July 16, 2021, Appellant filed his pro se brief. On August 31, 2021, the State filed its brief, along with a motion for extension of time. We GRANT the State's motion for extension of time and ORDER this appeal submitted on briefs before this court on **September 22, 2021** before a panel consisting of Justice Luz Elena D. Chapa, Justice Irene Rios, and Justice Liza A. Rodriguez.

It is so **ORDERED** September 1, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT